People v Stoll (2025 NY Slip Op 01649)

People v Stoll

2025 NY Slip Op 01649

Decided on March 19, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 19, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
VALERIE BRATHWAITE NELSON
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2024-03578
 (Ind. No. 701707/23)

[*1]The People of the State of New York, respondent,
v
Charles L. Stoll, appellant.

Steven N. Feinman, White Plains, NY, for appellant.
Robert V. Tendy, District Attorney, Carmel, NY, for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Putnam County (Joseph J. Spofford, Jr.), rendered May 7, 2024, convicting him of burglary in the third degree, grand larceny in the fourth degree, and possession of burglar's tools, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
In light of the defendant's extensive criminal record, which involves felony convictions, the County Court providently exercised its discretion in denying the defendant's application to participate in a judicial diversion program (see People v O'Keefe, 112 AD3d 524; People v Powell, 110 AD3d 1383; People v Williams, 105 AD3d 1428).
BARROS, J.P., BRATHWAITE NELSON, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court